# UNITED STATES BANKRUPTCY COURT
## EASTERN & WESTERN DISTRICT OF ARKANSAS

RE: LEANNA MARIE FELTS             NO. 5:13-bk-11776

## NOTICE OF OPPORTUNITY TO OBJECT TO MODIFIED PLAN BEFORE CONFIRMATION

You are hereby notified that the captioned debtor has filed the attached modification to the plan pursuant to 11 U.S.C. §1323 and Rule 3015 of the Federal Rules of Bankruptcy Procedure. Objections to the plan as modified must be filed with the Bankruptcy Court at 300 W. 2nd Street, Little Rock, AR 72201 in writing within 28 days from the date of this notice, with copies to the Counsel for the debtor and Jack W. Gooding, Trustee, P.O. Box 8202, Little Rock, Arkansas 72221-8202.

If objections to the Plan as Modified are filed, they will be set for hearing by subsequent notice. If no objections are received, the Plan as Modified may be confirmed without further notice or hearing.

**DICKERSON LAW FIRM, P.A.**
**PO BOX 8567**
**PINE BLUFF, AR 71611-8567**
**870-540-0016**
**FAX 870-540-0056**

Date: May 15, 2013        /s/ James Hunt, for
                                   **APRIL N. KERSTEN, BAR #2008-129**

## CERTIFICATE OF MAILING

I, the undersigned, hereby certify that copies of the foregoing notice and attached Modification to Plan have been mailed to:

| | |
|---|---|
| Jack W. Gooding, Trustee<br>PO Box 8202<br>Little Rock, AR 72221-8202 | Internal Revenue Service<br>Special Procedure<br>PO Box 7346<br>Philadelphia, PA 19101 |
| U.S. Attorney (Eastern District)<br>PO Box 1229<br>Little Rock, AR 72203 | U.S. Attorney (Western District)<br>414 Parker Avenue<br>Fort Smith, AR 72901 |
| Legal Department<br>Employment Security Division<br>PO Box 2981<br>Little Rock, AR 72203 | |

and to all creditors whose names appear on the attached modification and/or creditor matrix:

                                             /s/ James Hunt, for
                                             **Dickerson Law Firm, P.A.**

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICTS OF ARKANSAS

RE: LEANNA MARIE FELTS                                             CASE NO: 5:13-bk-11776

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**M O D I F I C A T I O N   O F   C H A P T E R   1 3   P L A N**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - ..

Comes now the Debtor by and through her attorneys, Dickerson Law Firm, P.A., and for her modification to the original or modified Chapter 13 plan states:

1. **PAYMENT TO THE TRUSTEE:**

    THE DEBTOR PROPOSES TO PAY $130 PER MONTH TO THE TRUSTEE BEGINNING JUNE 2013.  DEBTOR DOES NOT INTEND TO CURE ANY PLAN DELINQUENCY THAT MAY BE CALCULATED.
    [Indicate how often the Debtor is paid by checking the appropriate box below:]
    ( ) Weekly;  ( ) Bi-Weekly;  (XX) Semi-Monthly;  ( ) Monthly or ( ) Other

2. **THE PLAN LENGTH** shall remain the same.
    A debtor must pay all disposable income into the plan for the benefit of unsecured creditors during the applicable commitment period (unless unsecured are being paid 100%) and the plan length shall not exceed 60 months. Length of Plan may be automatically extended by the Chapter 13 Trustee without further modification should such extension be necessary to adequately fund plan in order to carry out other provisions of the plan as set forth below.

3. **UNSECURED CREDITORS** are to be paid a pro-rata dividend.

    **(SPECIAL NON-PRIORITY UNSECURED DEBTS REMAIN UNAFFECTED)**

4. **MODIFIED TREATMENT OF EXISTING CREDITORS**

    The following CHANGES are to be made to each creditor as set out below:

    | CREDITOR NAME | CHANGE IN TREATMENT\CLASSIFICATION |
    |---|---|
    | 1. Kentucky Dept. of Revenue  Cl# 1 | Secured tax lien shall be paid in full in monthly pro-rata installments and 3% interest.  Creditor shall not receive pre or post confirmation adequate protection.  Creditor's lien shall be released upon payment and satisfaction of the alleged secured claim of $2,235.70 |
    | 2. United States Treasury  Cl# 2 | Priority claim of $200 shall be paid in full. |

    **PRE-PETITION UNSECURED CREDITORS SHALL BE PAID A PRO-RATA DIVIDEND.**

    **POST-PETITION UNSECURED CREDITORS SHALL BE PAID A PRO-RATA DIVIDEND.**

5. **UNSECURED CREDITORS** shall be paid at least as much as they would receive under **Chapter 7.**

                        **Respectfully Submitted**

                        **DICKERSON LAW FIRM, P.A.**
                        **PO BOX 8567**
                        **PINE BLUFF, ARKANSAS 71611-8567**
                        **870-540-0016**

May 15, 2013            /s/ James Hunt, for
DATE                     **APRIL N. KERSTEN, BAR #2008-129**